**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7393**

KAY F. PASCHAL,

       Plaintiff - Appellant,

    v.

LEON LOTT, in his individual and official capacity; STAN SMITH, in his individual and official capacity; HOWARD HUGHES, in his individual and official capacity; HEIDI SCOTT, a/k/a Heidi Jackson, in her individual and official capacity; RICHLAND COUNTY, SOUTH CAROLINA,

       Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Terry L. Wooten, Chief District Judge. (3:14-cv-04737-TLW)

Submitted: April 27, 2017             Decided: May 5, 2017

Before MOTZ, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

S. Jahue Moore, MOORE TAYLOR LAW FIRM, P.A., West Columbia, South Carolina, for Appellant. Andrew F. Lindemann, Robert D. Garfield, DAVIDSON & LINDEMANN, P.A., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kay F. Paschal appeals from the district court's order adopting the recommendation of the magistrate judge and granting summary judgment to Defendants in her 42 U.S.C. § 1983 (2012) civil rights action. On appeal, Paschal questions whether the district court erred in granting summary judgment to Defendants. However, because Paschal has not presented this claim in accordance with Fed. R. App. P. 28(a)(8)(A) ("[T]he [appellant's] argument . . . must contain . . . appellant's contentions and the reasons for them, with citations to the authorities and parts of the record on which the appellant relies."), we deem it abandoned. *Jacobs v. N.C. Admin. Office of the Courts*, 780 F.3d 562, 568 n.7 (4th Cir. 2015); *Wahi v. Charleston Area Med. Ctr., Inc.*, 562 F.3d 599, 607 (4th Cir. 2009); *Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004).

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*